FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN LANAHAN, | Case No.: 2:06-cv-1176-LRH-RJJ |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING DISPOSITIVE MOTION DEADLINE** |
| SOUTHERN NEVADA HEALTH DISTRICT, fka Clark County Health District, | **(Third Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel of record that the dispositive motion deadline be extended for a period of two (2) weeks, up to and including July 9, 2008.

On June 3, 2008, the parties to this matter requested the Court to grant additional time to file dispositive motions, based on the fact that the parties were actively engaged in settlement discussions. As part of the settlement discussions, the parties also agreed that further work on dispositive motions should be stayed in order to save the parties additional expenses while settlement discussions were ongoing.

Since June 3rd, the parties have been pursuing settlement in good faith, and counsel for both parties were confident that a settlement could be reached without further involvement of the Court. At this time, however, even though settlement

LasVegas 75321.1

- 1 -

1 discussions are likely to continue, it is also apparent that dispositive motions will in
2 fact need to be filed.

3 The current deadline set for dispositive motions—June 25, 2008—presents
4 several conflicts that will prevent motions from being filed by that date. First, and as
5 previously discussed, work on motions was suspended pending settlement, and the
6 additional time will be needed to prepare appropriate briefs for the Court. Second,
7 with respect to Defendant in this matter, critical affiants and an important client contact
8 are scheduled to be away on vacations during the week of June 25th, thereby preventing
9 needed preparation and review of the forthcoming motion for summary judgment.
10 Indeed, Defense counsel himself is scheduled to be absent from Nevada on a family
11 matter until June 23, 2008.

12 In conclusion, the parties have mutually agreed to this extension, and the
13 request is brought forth in good faith, and not for the purpose of unduly delaying these
14 proceedings. The requested deadline of July 9, 2008 will allow for appropriate
15 dispositive motions to be filed.

16 DATED this 16th day of June, 2008.

17 RICHARD SEGERBLOM, LTD.                FISHER & PHILLIPS LLP

By   /s/ Richard Segerblom              By  /s/ Shaun P. Haley
Richard Segerblom, Esq.                  Shaun P. Haley, Esq.
Nevada Bar No. 1010                      Nevada Bar No.: 7000
704 South Ninth Street                   3993 Howard Hughes Parkway
Las Vegas, Nevada 89101                  Suite 650
Attorney for Plaintiff                   Las Vegas, Nevada  89169
                                         Attorneys for Defendant

IT IS SO ORDERED

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  June 19, 2008

LasVegas 75321.1

**FISHER & PHILLIPS LLP**
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169