IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

EILEEN LANAHAN, )
                Plaintiff, )
vs. )    2:06-cv-1176-LRH-LRL
SOUTHERN NEVADA HEALTH DISTRICT, )
                Defendant. )

**STIPULATION AND REQUEST FOR EXTENSION FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND FOR FILING OF DEFENDANT'S REPLY BRIEF**; ORDER
(First Request)

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel of record, that Plaintiff be granted an extension of two weeks, up to and including August 11, 2008, within which to file her opposition to the Defendant's Motion for Summary Judgment. Defendant's Motion for Summary Judgment was filed on July 9, 2008. Accordingly, Plaintiff's response is presently due on July 28, 2008, and Defendant's reply brief would be due on or about August 11, 2008.

Plaintiff requests this extension because her attorney Richard Segerblom was out of state participating in an oral argument before the Ninth Circuit and then attending a legislative/legal conference from July 18 until July 25. Accordingly, Mr. Segerblom has

not had sufficient time to prepare and file an opposition brief within the allotted time period.

IT IS FURTHER STIPULATED that because the Plaintiff's Opposition will be mailed on or about August 11, 2008, Defendant's reply brief will now be due on August 25, 2008.

This is the first request for an extension in this matter and is made in good faith and not for any reason of delay.

Therefore, it is requested that the court grant the Plaintiff up to and including August 11, 2008 within which to file her Opposition to Defendant's Motion for Summary Judgment, and further that the Defendant be granted an extension up to August 25, 2008 to file the reply brief.

DATED this ___ day of July, 2008.

Richard Segerblom, Ltd.                                    Fisher & Phillips LLP


 /s/ Richard Segerblom                          /s/ /Shaun Haley
RICHARD SEGERBLOM, ESQ.              SHAUN P. HALEY, ESQ.
704 South Ninth Street                             3993 Howard Hughes Parkway, #650
Las Vegas, NV  89101                              Las Vegas, NV 89109-6761
Attorney for Plaintiff                                  Attorney for Defendant


IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: August 4, 2008

2