# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN LANAHAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SOUTHERN NEVADA HEALTH ) <br> DISTRICT, ) <br> ) <br> Defendant. ) <br> ) | 2:06-cv-1176-LRH-LRL |

**STIPULATION AND REQUEST FOR EXTENSION FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND FOR FILING OF DEFENDANT'S REPLY BRIEF**
(First Request)

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel of record, that Plaintiff be granted an extension of one week, up to and including August 18, 2008, within which to file her opposition to the Defendant's Motion for Summary Judgment. Defendant's Motion for Summary Judgment was filed on July 9, 2008. Accordingly, Plaintiff's response is presently due on August 11, 2008, and Defendant's reply brief would be due on or about August 25, 2008.

Plaintiff requests this extension because her attorney Richard Segerblom has been unable to complete the opposition in the two weeks he has been back in town after attending an oral argument before the Ninth Circuit and a legislative/legal conference

1  from July 18 until July 25.  This is a substantial motion and as a sole practitioner Mr.
2  Segerblom is required to juggle his day-to-day schedule along with preparing the
3  opposition, so it has taken longer than originally planned.
4       IT IS FURTHER STIPULATED that because the Plaintiff's Opposition will be
5  mailed on or about August 18, 2008, Defendant's reply brief will now be due on
6  September 2, 2008.
7       This is the second request for an extension in this matter and is made in good faith
8  and not for any reason of delay.
9       Therefore, it is requested that the court grant the Plaintiff up to and including
10 August 18, 2008 within which to file her Opposition to Defendant's Motion for
11 Summary Judgment, and further that the Defendant be granted an extension up to
12 September 2, 2008 to file the reply brief.
13      DATED this ___ day of August, 2008.

Richard Segerblom, Ltd.                     Fisher & Phillips LLP


 /s/ Richard Segerblom                       /s/ /Shaun Haley
RICHARD SEGERBLOM, ESQ.              SHAUN P. HALEY, ESQ.
704 South Ninth Street                       3993 Howard Hughes Parkway, #650
Las Vegas, NV  89101                         Las Vegas, NV 89109-6761
Attorney for Plaintiff                       Attorney for Defendant


                    IT IS SO ORDERED.

                    _____
                    LARRY R. HICKS
                    UNITED STATES DISTRICT JUDGE

2