FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN LANAHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN NEVADA HEALTH DISTRICT, fka Clark County Health District,<br><br>    Defendant. | Case No.: 2:06-cv-1176-LRH-RJJ<br><br>**STIPULATION AND REQUEST FOR EXTENSION FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND ORDER THEREON (FIRST REQUEST)** |

    IT IS HEREBY STIPULATED by the parties, by and through their respective counsel of record, that Defendant, SOUTHERN NEVADA HEALTH DISTRICT, be granted an extension of eight days, up to and including, September 10, 2008, within which to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Plaintiff's Opposition"). Defendant's Motion for Summary Judgment was filed on July 9, 2008. Accordingly, Plaintiff's Opposition was originally due on July 28, 2008. On August 4, 2008, the above-referenced Court granted Plaintiff its first extension of time within which to file her Opposition. Again, on August 13, 2008, the honorable Court granted a second extension of time to Plaintiff to file her Opposition. Under said Order, Defendant's Reply to Plaintiff's Opposition was due on or before September 2, 2008.

LasVegas 76265.1

- 1 -

FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

1  Defendant makes it first request for an extension of time within which to file its
2  Reply to Plaintiff's Opposition because Plaintiff's multiple requests for extensions has
3  pushed the Reply deadline to a time when Defendant's counsel, Shaun P. Haley, has
4  been involved in extensive collective bargaining negotiations, arbitration hearings, and
5  other events on behalf of other clients and, therefore, he has been unable to complete
6  the Reply to Plaintiff's Opposition.

7  This is Defendant's first request for an extension in this matter and is made in
8  good faith and not for any reason of delay.

9  Therefore, it is request that the Court grant Defendant up to and including
10 September 10, 2008, within which to file its Reply to Plaintiff's Opposition.

11 DATED this 2nd day of September, 2008    DATED this 2nd day of September, 2008.

12                                          FISHER & PHILLIPS LLP

13     /s/ Richard Segerblom               By    /s/ Shaun P. Haley
14 RICHARD SEGERBLOM, ESQ.                    Shaun P. Haley, Esq.
   Nevada Bar No.: 1010                      Nevada Bar No.: 7000
15 704 South Ninth Street                    3993 Howard Hughes Parkway,
   Las Vegas, NV 89101                       Suite. 650
16 Attorney for Plaintiff                    Las Vegas, Nevada  89169
17                                           Attorneys for Defendant

IT IS SO ORDERED

*[signature]*

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: September 3, 2008

LasVegas 76265.1

- 2 -