FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN LANAHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN NEVADA HEALTH DISTRICT, fka Clark County Health District,<br><br>    Defendant. | Case No.: 2:06-cv-1176-LRH-RJJ<br><br>**STIPULATION AND** ORDER **FOR EXTENSION FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel of record, that Defendant, SOUTHERN NEVADA HEALTH DISTRICT, be granted an extension of five days, up to and including September 15, 2008, within which to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Plaintiff's Opposition"). Defendant's Motion for Summary Judgment was filed on July 9, 2008. Accordingly, Plaintiff's Opposition was originally due on July 28, 2008. On August 4, 2008, the above-referenced Court granted Plaintiff its first extension of time within which to file her Opposition. Again, on August 13, 2008, the honorable Court granted a second extension of time to Plaintiff to file her Opposition. Under said Order, Defendant's Reply to Plaintiff's Opposition was due on or before September 2, 2008.

The granting of Plaintiff's requests for extensions pushed the Reply deadline to a time when Defendant's counsel has been involved in extensive collective bargaining negotiations, arbitration hearings, and other events on behalf of other clients and, therefore, he has been unable to complete the Reply to Plaintiff's Opposition. Therefore, on September 2, 2008, Defendant requested a one-week extension of time to file its Reply. Since then, though Defendant's counsel has been working diligently on finalizing the Reply, additional responsibilities, including a teacher termination hearing, has made it difficult to complete the document as anticipated. Additionally, the time is necessary so as to allow the District appropriate time to review the Reply prior to filing.

This is Defendant's second request for an extension in this matter and is made in good faith and not for any reason of delay. Indeed, the time sought is only five days, and the District will be seeking no further extensions of this deadline.

Therefore, it is request that the Court grant Defendant up to and including September 15, 2008, within which to file its Reply to Plaintiff's Opposition.

DATED this 10th day of September, 2008

DATED this 10th day of September, 2008.

FISHER & PHILLIPS LLP

  /s/ Richard Segerblom  
RICHARD SEGERBLOM, ESQ.
Nevada Bar No.: 1010
704 South Ninth Street
Las Vegas, NV 89101
Attorney for Plaintiff

By   /s/ Shaun P. Haley  
Shaun P. Haley, Esq.
Nevada Bar No.: 7000
3993 Howard Hughes Parkway,
Suite. 650
Las Vegas, Nevada 89169
Attorneys for Defendant

IT IS SO ORDERED this 11th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169