FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN LANAHAN, ) | Case No.: 2:06-cv-1176-LRH-RJJ |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **EXTEND DEADLINE FOR PRE-** |
| ) | **TRIAL ORDER** |
| SOUTHERN NEVADA HEALTH ) | **(First Request)** |
| DISTRICT, fka Clark County Health ) | |
| District, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED that the currently scheduled deadline for the submission of a joint pre-trial order be extended by fourteen (14) days, up to and including April 1, 2009.

On February 17, 2009, this Court entered its order granting in part and denying in part Defendant's Motion for Summary judgment. (Docket No. 39). As part of that order, the Court directed the parties to file their joint pre-trial statement no later than March 18, 2009.

Plaintiff's counsel has been serving as a member of the Nevada State Legislature since the beginning of the current legislative session on February 2, 2009. As such, Plaintiff's counsel has not had sufficient opportunity to confer with his client or develop his portion of the joint pre-trial order. Both parties agree that the request for a two-week extension is reasonable in light of Plaintiff's counsel's legislative

LasVegas 79268.1

- 1 -

1  commitments, and that the requested extension should allow sufficient time for the
2  parties to formulate an appropriate joint pre-trial order.
3      WHEREFORE, the parties respectfully request that this Court extend the
4  deadline for the submission of a joint pre-trial order up to and including April 1, 2009.
5      DATED this 18th day of March, 2009.

RICHARD SEGERBLOM, LTD.    FISHER & PHILLIPS LLP

By: /s/ Richard Segerblom
    Richard Segerblom, Esq.
    Nevada Bar No. 1010
    704 South Ninth Street
    Las Vegas, Nevada 89101
    Attorney for Plaintiff

By: /s/ Shaun P. Haley
    Shaun P. Haley, Esq.
    Nevada Bar No. 7000
    3993 Howard Hughes Parkway
    Suite 650
    Las Vegas, Nevada 89169
    Attorneys for Defendant

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: March 20, 2009

FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

LasVegas 79268.1

- 2 -