**FISHER & PHILLIPS LLP**
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EILEEN LANAHAN, ) | Case No.: 2:06-cv-1176-LRH-RJJ |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **EXTEND DEADLINE FOR PRE-** |
| ) | **TRIAL ORDER** |
| SOUTHERN NEVADA HEALTH ) | **(Second Request)** |
| DISTRICT, fka Clark County Health ) | |
| District, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED that the currently scheduled deadline for the submission of a joint pre-trial order be extended by fourteen (14) days, up to and including April 15, 2009.

On February 17, 2009, this Court entered its order granting in part and denying in part Defendant's Motion for Summary judgment. (Docket No. 39). As part of that order, the Court directed the parties to file their joint pre-trial statement no later than March 18, 2009. On March 20, 2009, this Court granted the parties' first request for an extension to file a joint pre-trial order, with a new deadline of April 1, 2009.

As noted in the previous request, Plaintiff's counsel has been serving as a member of the Nevada State Legislature since the beginning of the current legislative session on February 2, 2009. The parties have had difficulty coordinating schedules in order to finalize certain details of the joint pre-trial order, however they are diligently

LasVegas 79457.1

- 1 -

FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

1 cooperating on the order and expect to file one very shortly.  However, both parties
2 agree that an additional two weeks is necessary and reasonable given counsel's
3 schedules and Plaintiff's counsel's legislative commitments.

4     WHEREFORE, the parties respectfully request that this Court extend the
5 deadline for the submission of a joint pre-trial order up to and including April 15,
6 2009.

7     DATED this 1st day of April, 2009.

| RICHARD SEGERBLOM, LTD. | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Richard Segerblom<br>Richard Segerblom, Esq.<br>Nevada Bar No. 1010<br>704 South Ninth Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | By: /s/ Shaun P. Haley<br>Shaun P. Haley, Esq.<br>Nevada Bar No. 7000<br>3993 Howard Hughes Parkway<br>Suite 650<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant |

IT IS SO ORDERED nunc pro tunc.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: April 2, 2009

LasVegas 79457.1